**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**ROBERT EVERETT JOHNSON**                                                      **PLAINTIFF**

**V.**                               **CASE NO. 4:19-CV-00848-BSM-JTK**

**LUCAS EMBERTON,** *et al.*                                                   **DEFENDANTS**

## ORDER

After careful review of the record, United States Magistrate Judge Jerome T. Kearney's partial recommended disposition [Doc. No. 10] is adopted. Shaw, Love, Meriott, and Crystal McMahan are dismissed as defendants in this case.

IT IS SO ORDERED, this 19th day of March, 2020.

_____
UNITED STATES DISTRICT JUDGE