IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ROBERT EVERETT JOHNSON**                                   **PLAINTIFF**

V.                  **CASE NO. 4:19-CV-00848-BSM**

**LUCAS EMBERTON,** *et al.*                                **DEFENDANTS**

## ORDER

After careful review of the record, United States Magistrate Judge Jerome Kearney's recommended disposition [Doc. No. 33] is adopted, defendants' motion for summary judgment [Doc. No. 27] is granted, and the complaint [Doc. No. 1] is dismissed with prejudice.

IT IS SO ORDERED, this 14th day of August, 2020.

_____
UNITED STATES DISTRICT JUDGE